D LAW GROUP
DUANE D, DADE SBN 140379
9388 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730
909/989-7473
FAX 909/989-7479

Attorney for Defendant  GERALD THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-01142-VBF |
| Plaintiff, | **OBJECTION TO PRE-SENTENCE REPORT** |
| vs. | |
| GERALD THOMAS, | |
| Defendant | |

DEFENDANT, GERALD PLAZE THOMAS, BY AND THROUGH HIS ATTORNEY OF RECORD, DUANE D. DADE, hereby objects to the following paragraphs in the Pre-Trial Sentence Investigation report dated November 6, 2008

Page 7, Para 27

   Defendant should be entitled to minor role pursuant to the recommended guideline in as much as his involvement consisted of two phone calls in relation to the conspiracy.  Although he

converted the cocaine to crack cocaine he was not the main person, and apparently was contacted on a limited basis, and only when other persons were not available. As such his role and culpability is much less than other persons involved.

CRIMINAL HISTORY

Page 10, Para 44

The defendant was arrested November 22, 1988 and convicted November 1989. This was seventeen years prior to the commencement of this action, which began on November 29, 2007. However Mr. Thomas was discharged from parole on April 4, 1993. This charge is just shy of the 15 years prohibition for priors to be counted. Based upon the length of time, and the date of the original conviction it is suggested that this should be excluded from his history category as it over represents Mr. Thomas' state at the time the offense was committed.

SUMMARY

Finally, it is recommended that the defendant be sentenced concurrently on counts four and five which would then be a term of 48 months.

January 9, 2009                                          Respectfully submitted,


                                                         _____/S/_____
                                                         Duane D. Dade. Esq.
                                                         Attorney for defendant