KAREN L. LANDAU
LAW OFFICE OF KAREN L. LANDAU
2626 Harrison St.
Oakland, CA 94612
(510) 839-9230
(510) 839-0535 (fax)
email: karenlandau@karenlandau.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GERALD PLAZE THOMAS,<br><br>          Defendant. | Case No.: CR 07-1142-VBF<br><br>DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO DELAY SELF-SURRENDER FOR 60 DAYS |

    Defendant Gerald Plaze Thomas, by and through appointed counsel, moves to stay the date of his self-surrender to the Bureau of Prisons.  Mr. Thomas is currently scheduled to surrender on or before April 17, 2009.  He requests an additional 60 days to self-surrender, on or before June 17, 2009.

    Defendant needs additional time before surrendering to serve his sentence for several reasons.  First, Mr. Thomas suffers from diabetes which is currently only poorly controlled.  Defendant is working with his physician to determine a medical

- 1

1  regimen that will get his diabetes under control before he goes
2  into custody to serve his sentence.  See Exhibit A.  Mr. Thomas
3  also is suffering from other ailments, for which he is seeking
4  treatment.

5      Second, Mr. Thomas and his wife are scheduled to appear in
6  order to show cause hearing in Los Angeles County Superior Court
7  on April 23, 2009.  The order to show cause concerns the
8  foreclosure of their residence.  It would be helpful if Mr.
9  Thomas could attend this hearing.  Exh. B.

10     Third, Mr. Thomas has filed for bankruptcy.  The creditors
11 meeting is scheduled for April 9, 2009, and a hearing on the
12 confirmation of the bankruptcy plan is scheduled for May 6,
13 2009.  Again, it would be extremely helpful if Mr. Thomas could
14 attend this hearing to avoid any prejudice to his rights under
15 the bankruptcy laws.  Exhibit C.

16     Finally, Mr. Thomas has not yet been designated to an
17 institution by the Bureau of Prisons.  If Mr. Thomas is not
18 designated before he surrenders, he will need to surrender to
19 the United States Marshal.  He will remain in the custody of the
20 Marshal until transferred to the institution to which is
21 designated to serve his sentence.  As this Court may be aware,
22 defendants are frequently subject to lengthy and somewhat
23 onerous travel as they journey between the United States Marshal
24 and the institution where they ultimately serve their sentence.
25 Given Mr. Thomas' diabetes, his health would benefit from

1  surrendering directly at the institution where he will serve his
2  sentence.
3      The government does not oppose a 60 day extension of time
4  for Mr. Thomas to self surrender.
5      Accordingly, defendant prays this court to grant him until
6  June 17, 2009, to self surrender to the institution to which he
7  is designated to serve his sentence by Bureau of Prisons.
8      Dated: April 7, 2009

```
                                        /s
                                        KAREN L. LANDAU
                                        2626 Harrison St.
                                        Oakland, CA 94612
                                        (510) 839-9230
                                        (510) 839-0535 (fax)
```