KAISER PERMANENTE

Page 1/2

**Kaiser Permanente**

**RX#:** 115546759       1
**DRUG NAME:** TOPAMAX TAB 25MG
**GENERIC NAME:** TOPIRAMATE

GENERIC NAME: TOPIRAMATE (toe-PYRE-a-mate)

COMMON USES: This medicine is an anticonvulsant used alone or with other medicines to control certain types of seizures. It may be also used to prevent migraine headaches or to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking birth control pills; carbamazepine; or other medicines that cause decreased sweating including anticholinergic medicines such as benztropine, amitriptyline, and haloperidol, or carbonic anhydrase inhibitors including acetazolamide and dichlorphenamide. DO NOT START OR STOP ANY MEDICINE without doctor or pharmacist approval. Inform your doctor of any other medical conditions including mental or mood problems, allergies, pregnancy, or breast-feeding. Tell your doctor if you have a history of suicidal thoughts or actions. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. This medicine may be taken on an empty stomach or with food. DRINKING EXTRA FLUIDS while you are taking this medicine is recommended. Check with your doctor or nurse for instructions. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT STOP USING THIS MEDICINE without first checking with your doctor. Some conditions may become worse when the medicine is suddenly stopped. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. Laboratory and/or medical tests may be done, such as measuring bicarbonate levels in your blood, before you start taking this medicine and

during therapy to monitor for side effects. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are taking this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS OF ALCOHOL and other depressants. Ask your doctor or pharmacist if you have questions. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY REDUCE SWEATING which could raise your body temperature, especially in children. The risk of this serious side effect is greater in hot weather and/or during vigorous exercise. Drink plenty of fluids and dress lightly while in hot climates, or when exercising. Check carefully for signs of decreased sweating. If this occurs, promptly seek cooler or air-conditioned shelter and/or stop exercising. SEEK IMMEDIATE MEDICAL ATTENTION if your body temperature is above normal, or if you have mental or mood changes, headache, or dizziness. Contact your doctor for more details. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN, TAKING THIS MEDICINE while you are using birth control pills may decrease the effectiveness of your birth control pills. To prevent pregnancy, use an additional form of birth control while you are taking this medicine. Ask your doctor or pharmacist if you need more information. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include drowsiness, constipation, loss of coordination, numbness and tingling, tremor, change in speech, decreased sweating, or loss of concentration. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience severe abdominal pain; significant weight loss; memory problems; vision changes; unusual eye movement; fast, deep breathing; unusual tiredness; irregular heartbeat; mental or

Exhibit A-1

Thomas, Gerald (MR # 000015056743)  
After Visit Summary

Page 1 of 2  
Gerald Thomas (MRN 000015056743)

*Handwritten notes:* 1:15 DR DUNITH / MAR-10-09 / 3:30 / MAR-2-09 323-857-2067 LIKA / MAR-10-09 - 1:15 DR DUNLITH / 3) 724-7101

## Visit and Patient Information

**Visit Information**

| Date & Time | Provider | Department |
|---|---|---|
| 01/13/2009 2:10 PM | RAYMOND S. CHEN DO, OSTEOPATHIC DOCTOR | Fambpmon Fam3 3 |

## Visit Summary

**Vitals - Last Recorded**

| BP | Pulse | Temp (Src) | Ht | Wt |
|---|---|---|---|---|
| 111/67 | 85 | 97.9 °F (36.6 °C) (Tympanic) | 5' 10" (1.778 m) | 230 lb (104.327 kg) |

Vitals History Recorded

**BMI Data**

Body Mass Index: 33.00 (kg/m^2)

Body Surface Area: 2.27 (m^2)

**Visit Diagnoses**

DM 2  
LIPID METABOLISM DISORDER  
ROTATOR CUFF SYNDROME

**Patient Instructions**

use 6 units of Lantus insulin before bedtime

Call me in 1 week to report your morning sugars

call 626-851-5256 for appt with orthopedic dept in 2-3 days

## Allergies

**Allergies as of 1/13/2009**

| Allergen | Noted | Type | Reactions |
|---|---|---|---|
| No Known Drug Allergies | 10/1/20-03 | | |

Date Reviewed: 1/13/2009

## Medications

**NEW Medications**

Prescription
- ONE TOUCH ULTRASOFT LANCETS MISC MISC
- ONE TOUCH ULTRA TEST INVT STRIPS
- ONE TOUCH ULTRA 2 MISC KIT

Exhibit A-2

Kaiser Permanente SCPMC: Thomas, Gerald ( 000015056743)   Page 1 of 2

Thomas, Gerald (MR # 000015056743)                                      Page 2 of 2

## Medications continued

**Prescription**
- INSULIN GLARGINE 100 UNIT/ML SUBQ SOLN   *START TAKING*
- METFORMIN 1,000 MG ORAL TAB
- GLIPIZIDE 10 MG ORAL TAB
- HYDROCODONE-ACETAMINOPHEN 5-500 MG ORAL TAB

**Patient Reported Taking**

| Prescription | Dosage |
|---|---|
| ONE TOUCH ULTRASOFT LANCETS MISC MISC (Taking) | USE UD |
| ONE TOUCH ULTRA TEST INVT STRIPS (Taking) | USE UD WITH ONE TOUCH ULTRA2 BLOOD GLUCOSE METER |
| ONE TOUCH ULTRA 2 MISC KIT (Taking) | USE UD |
| INSULIN GLARGINE 100 UNIT/ML SUBQ SOLN (Taking) | UD |
| METFORMIN 1,000 MG ORAL TAB (Taking) | TAKE 1 TABLET ORALLY 2 TIMES DAILY |
| GLIPIZIDE 10 MG ORAL TAB (Taking) | TAKE 2 TABLETS ORALLY 2 TIMES DAILY |
| HYDROCODONE-ACETAMINOPHEN 5-500 MG ORAL TAB (Taking) | 1 TAB PO Q4-6H PRN PAIN |
| NAPROXEN 500 MG ORAL TAB (Taking) | TAKE 1 TABLET ORALLY 2 TIMES DAILY AS NEEDED FOR PAIN, TAKE WITH FOOD |
| SIMVASTATIN 80 MG ORAL TAB (Taking) | TAKE 1 TABLET ORALLY EVERY EVENING FOR CHOLESTEROL - IN PLACE OF LOVASTATIN |

## Orders

**Orders**
GLUCOSE, POCT
Results are available for this encounter

**Future Appointments**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 1/13/2009 4:10 PM | Elsa (R.N.) Martinez | Fambpmon Fam | MONU |

Now, you can email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living at www.kp.org! Log on to Kaiser Permanente's award-winning web site today and register to access these added features!